No. 582. TRIPLE "AAA" Co., INC., ET AL. v. WIRTZ, SECRETARY OF LABOR. C. A. 10th Cir. Certiorari denied. *John B. Ogden* for petitioners. *Acting Solicitor General Spritzer, Charles Donahue, Bessie Margolin* and *Robert E. Nagle* for respondent.

No. 564. GEAREY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Marvin M. Karpatkin, Rhoda H. Karpatkin, Melvin L. Wulf* and *Alan H. Levine* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Jerome M. Feit* and *Ronald L. Gainer* for the United States.

No. 572. MOORMAN ET UX. v. THOMAS ET AL. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *David R. Lewis* for petitioners. *W. Warren Cole, Jr.,* for respondents.

No. 575. NATIONAL LABOR RELATIONS BOARD v. PURITY FOOD STORES, INC. (SAV-MORE FOOD STORES). C. A. 1st Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Harold Katz* for respondent.

No. 268, Misc. CHERO v. NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 316, Misc. BROWN v. MAXWELL, WARDEN. Sup. Ct. Ohio. Certiorari denied. *John T. Corrigan* for respondent.